UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN THIEL and KRISTINE MAKO,
Individually and BRIAN THIEL as the
personal representative of the Estate of
Juliette Thiel,

        Plaintiffs,

v.

BABY MATTERS, LLC,

        Defendant.
_____/

Case No. 11-15112

Hon. Avern Cohn

## ORDER DENYING DEFENDANT'S MOTION FOR JUDGMENT (DOC. 15) WITHOUT PREJUDICE

For the reasons stated on the record at the hearing held April 18, 2012 Defendant's Notice of Non-Parties (Doc. 8) is **DENIED** without prejudice. Defendant has thirty (30) days to re-file the notice naming non-parties with particularity and explaining their probable fault.

**SO ORDERED.**

Dated: April 18, 2012

        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, Wednesday, April 18, 2012, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160