UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN THIEL and KRISTINE MAKO,
Individually and BRIAN THIEL as the
personal representative of the Estate of                    Case No. 11-15112
Juliette Thiel,
                                                            Hon. Avern Cohn

        Plaintiffs,

v.

BABY MATTERS, LLC,

        Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR JUDGMENT (DOC. 15) WITHOUT PREJUDICE

For the reasons stated on the record at the hearing held April 18, 2012

Defendant's Notice of Non-Parties (Doc. 8) is **DENIED** without prejudice. Defendant has

thirty (30) days to re-file the notice naming non-parties with particularity and explaining

their probable fault.

      **SO ORDERED.**

Dated:  April 18, 2012                    s/Avern Cohn_____
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of
record on this date, Wednesday, April 18, 2012, by electronic and/or ordinary mail.

                                          s/Julie Owens_____
                                          Case Manager, (313) 234-5160