UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIEN THIEL and KRISTINE MAKO, individually, and BRIEN THIEL as Personal Representative of the Estate of Juliette Thiel,

         Plaintiff(s),

v.

BABY MATTERS, LLC, a Pennsylvania Limited Liability Company, and WILLIAMS-SONOMA STORES, INC., a California Corporation,

         Defendant(s).
_____/

CASE NO. 11-15112

HONORABLE AVERN COHN

## ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL FURTHER ANSWERS TO DISCOVERY AND TO STRIKE OBJECTIONS (DOC. 20) AND DEFENDANTS' MOTION TO QUASH (DOC. 24)

This is a wrongful death case under M.C.L § 600.2922 and a products liability case. Before the Court are plaintiffs' Motion to Compel Further Answers to Discovery and to Strike Objections (Doc. 20) and defendants' Motion to Quash Subpoenas (Doc. 24). Both motions have been resolved for the reasons stated on the record at the hearing on August 15, 2012.

SO ORDERED.

Dated: August 16, 2012

    s/Avern Cohn
    AVERN COHN
    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 16, 2012, by electronic and/or ordinary mail.

    s/Julie Owens
    Case Manager, (313) 234-5160